# Court of Appeals
# of the State of Georgia

ATLANTA,___November 18, 2015____

*The Court of Appeals hereby passes the following order:*

**A16D0112. MICHAEL P. WATSON v. THE STATE.**

On October 27, 2015, Michael P. Watson filed this application for discretionary appeal, seeking review of the trial court's July 2, 2015 order revoking his probation. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept a discretionary application that does not comply with the statute. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Watson filed this application over 100 days after entry of the order he seeks to appeal, we lack jurisdiction to consider the application, which is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/18/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*